FILED
CLERK, U.S. DISTRICT COURT

FEB 28 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Sam Lock Siu<br><br>DEFENDANT(S). | CASE NUMBER<br><br>18-MJ-420<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of ___defendant___ , IT IS ORDERED that a detention hearing is set for ___3/2___ , _____ , at ___11:00___ ☒ a.m. / ☐ p.m. before the Honorable ___Jacqueline Chooljian___ , in Courtroom ___341 - Roybal___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: ___2/28/18___

_____
U.S. District Judge/Magistrate Judge

CR-66 (10/97)                                                                 Page 1 of 1